[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13882

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARKEVIOUS SNIPES,
a.k.a. BIG DAWG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:22-cr-00020-LAG-TQL-3

2                          Opinion of the Court                          23-13882

_____

Before NEWSOM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Oliver R. Register, counsel for Markevious Snipes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Snipes's conviction and sentence are **AFFIRMED**.